Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.    Criminal No.   22-412   (TSC)

SCOTT MILLER    Category   B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __12/22/2022__ from __Judge Jia M. Cobb__ to __Judge Tanya S. Chutkan__ by direction of the Calendar Committee.

(Randomly Reassigned)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:   Judge Jia M. Cobb    & Courtroom Deputy
      Judge Tanya S. Chutkan    & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk